MORGAN, LEWIS & BOCKIUS LLP
Barbara J. Miller, Bar No. 167223
Roberta H. Kuehne, Bar No. 225067
Joel M. Purles, Bar No. 266208
600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626-7653
Tel: +1.714.830.0600
Fax: +1.714.830.0700
barbara.miller@morganlewis.com
roberta.kuehne@morganlewis.com
joel.purles@morganlewis.com

Attorneys for Defendants
GOLDEN STATE FC LLC and AMAZON.COM, INC.

Peter R. Dion-Kindem, Bar No. 95267
The Dion-Kindem Law Firm
Peter R. Dion-Kindem, P.C.
21550 Oxnard Street, Suite 900
Woodland Hills, CA 91367
Tel: +1.818.883.4900
Fax: +1.714.830.0700
peter@dion-kindemlaw.com

Lonnie C. Blanchard, III, Bar No. 93530
The Blanchard Law Group, APC
3311 East Pico Boulevard
Los Angeles, CA 90023
Tel: +1.213.599.8255
Fax: +1.213.402.3949
lonnieblanchard@gmail.com

Attorneys for Plaintiff
JUAN TREVINO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN TREVINO, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOLDEN STATE FC, LLC, a Delaware Limited Liability Company; AMAZON.COM, INC., a Delaware Corporation, and DOES 1 through 10,<br><br>Defendants. | Case No. 1:18-cv-00120-DAD-MJS<br><br>**[PROPOSED] STIPULATED FEDERAL RULE OF EVIDENCE 502(D) ORDER**<br><br>Complaint Filed: July 12, 2017 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Juan Trevino on behalf of himself and all others similarly situated ("Plaintiff") and Defendants Golden State FC LLC and Amazon.com, Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, in order to allow the Parties to respond to discovery expeditiously while limiting discovery costs, hereby stipulate for an order pursuant to Federal Rule of Evidence 502(d) that states:

Pursuant to Federal Rule of Evidence 502(d), neither the attorney-client privilege nor the work product protection is waived by disclosure of such information in this litigation. The production of privileged or work product protected documents, whether in electronically stored information or other materials, is not a waiver of the privilege or protection in this case or in any other federal or state proceeding. If any privileged or work product protected documents are produced, the party receiving produced documents ("Receiving Party") shall, at the request of the party producing those documents ("Producing Party"), promptly return such documents (and all copies thereof), including all later created excerpts, summaries, compilations, and other documents or records that include, communicate, or reveal the information claimed to be privileged or protected. A Receiving Party who receives a document that it knows or reasonably should know is privileged shall notify the Producing Party within 3 business days of discovery of the document.

Nothing in this Order overrides any attorney's ethical responsibilities to refrain from examining or disclosing materials that the attorney knows or reasonably should know to be privileged and to inform the Producing Party that such materials have been produced.

Nothing in this Order is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

The provisions of Federal Rule of Evidence 502(b)(2) are inapplicable to the production of protected information under this Order.

This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

The obligations imposed by this Rule 502(d) Order shall survive the termination of this action.

**IT IS SO STIPULATED.**

Dated: March 12, 2018                    PETER R. DION-KINDEM, P.C.


                                         By */s/ Peter R. Dion-Kindem*
                                            Peter R. Dion-Kindem
                                            Attorney for Plaintiff
                                            JUAN TREVINO

Dated: March 12, 2018                    MORGAN, LEWIS & BOCKIUS LLP


                                         By */s/ Roberta H. Kuehne*
                                            Barbara J. Miller
                                            Roberta H. Kuehne
                                            Joel M. Purles
                                            Attorneys for Defendants
                                            GOLDEN STATE FC LLC and AMAZON.COM, INC.

I attest that I have obtained Peter R. Dion-Kindem's concurrence in the filing of this document.

                                         */s/ Roberta H. Kuehne*
                                            Roberta H. Kuehne

**PURSUANT TO STIPULATION,**

IT IS SO ORDERED.

   Dated:   March 12, 2018               /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE