MORGAN, LEWIS & BOCKIUS LLP
Barbara J. Miller, State Bar No. 167223
Joel M. Purles, State Bar No. 266208
Alejandro David Szwarcsztejn, State Bar No. 272371
600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626-7653
Tel:  +1.714.830.0600
Fax:  +1.714.830.0700
barbara.miller@morganlewis.com
joel.purles@morganlewis.com
david.szwarcsztejn@morganlewis.com

Attorneys for Defendants
GOLDEN STATE FC LLC and AMAZON.COM, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN TREVINO, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOLDEN STATE FC, LLC, a Delaware Limited Liability Company; AMAZON.COM, INC., a Delaware Corporation, and DOES 1 through 10,<br><br>Defendants. | Case No. 1:18-cv-00120-DAD-BAM<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE FOR COMPLETION OF RULE 30(B)(6) DEPOSITION; ORDER**<br><br>Complaint Filed: July 12, 2017 |

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Juan Trevino |
| 2 | ("Plaintiff") and Defendant Golden State FC LLC ("Defendant") (collectively, the "Parties"), by |
| 3 | and through their respective counsel of record, as set forth below: |
| 4 | WHEREAS, the Court, in its August 30, 2018 Minute Order, has ordered the Parties to |
| 5 | meet and confer regarding the scheduling of the Parties' previously-noticed depositions of |
| 6 | Plaintiff and Defendant's Rule 30(b)(6) designees, and to complete those depositions by |
| 7 | September 30, 2018; |
| 8 | WHEREAS, counsel for Plaintiff and counsel for Defendant have met and conferred in |
| 9 | good faith in an attempt to schedule the depositions pursuant to the availability of both the |
| 10 | deponents and counsel for the Parties, including Rule 30(b)(6) designees who will be traveling |
| 11 | from outside of California for the deposition; |
| 12 | WHEREAS, due to the limited availability of the individuals on both sides during the |
| 13 | month of September and the need for the Parties to better clarify and/or understand the proposed |
| 14 | Rule 30(b)(6) topics so that the correct individuals can be identified as Rule 30(b)(6) designees to |
| 15 | the betterment of all Parties, Defendant's Rule 30(b)(6) deposition cannot be completed before |
| 16 | September 30, 2018; |
| 17 | WHEREAS, Plaintiff's counsel has provided time frames in November when Plaintiff is |
| 18 | available for scheduling Defendant's Rule 30(b)(6) deposition, and Defendant has agreed to work |
| 19 | with Plaintiff in good faith to schedule its Rule 30(b)(6) designees during those time frames; |
| 20 | THEREFORE, the Parties HEREBY STIPULATE and request, by and through the |
| 21 | Parties' respective counsel, that the Court continue the September 30, 2018 deadline for |
| 22 | completing the deposition of Defendant's Rule 30(b)(6) designees until November 30, 2018. |
| 23 | The Parties are making this request in good faith and not for purposes of delay. |
| 24 | **IT IS SO STIPULATED.** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

1

STIPULATION TO CONTINUE DEADLINE FOR COMPLETION OF RULE 30(B)(6) DEPOSITION
DB2/ 34427429.1

Dated: September 13, 2018  PETER R. DION-KINDEM, P.C.

By /s/ Peter R. Dion-Kindem (as authorized on 9/13/2018)
    Peter R. Dion-Kindem
    Attorney for Plaintiff
    Juan Trevino

Dated: September 13, 2018  MORGAN, LEWIS & BOCKIUS LLP

By /s/ Barbara J. Miller
    Barbara J. Miller
    Joel M. Purles
    Attorneys for Defendant
    GOLDEN STATE FC, LLC

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

2

STIPULATION TO CONTINUE DEADLINE FOR COMPLETION OF RULE 30(B)(6) DEPOSITION
DB2/ 34427429.1

# **ORDER**

Having read and considered the Parties' Joint Stipulation to Continue Deadline for Rule 30(b)(6) Deposition, and good cause appearing, the Stipulation is approved. The Court hereby orders as follows:

1. The deadline for completing Defendant Golden State FC LLC's Rule 30(b)(6) deposition is continued to November 30, 2018.

IT IS SO ORDERED.

Dated: **September 14, 2018**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE