MORGAN, LEWIS & BOCKIUS LLP
Barbara J. Miller, State Bar No. 167223
Joel M. Purles, State Bar No. 266208
Alejandro David Szwarcsztejn, State Bar No. 272371
600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626-7653
Tel: +1.714.830.0600
Fax: +1.714.830.0700
barbara.miller@morganlewis.com
joel.purles@morganlewis.com
david.szwarcsztejn@morganlewis.com

Attorneys for Defendants
GOLDEN STATE FC LLC and AMAZON.COM, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN TREVINO, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOLDEN STATE FC, LLC, a Delaware Limited Liability Company; AMAZON.COM, INC., a Delaware Corporation, and DOES 1 through 10,<br><br>Defendants. | Case No. 1:18-cv-00120-DAD-BAM<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE FOR COMPLETION OF RULE 30(B)(6) DEPOSITION;**<br><br>**ORDER**<br><br>Complaint Filed: July 12, 2017 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Juan Trevino ("Plaintiff") and Defendant Golden State FC LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, as set forth below:

WHEREAS, the Court, in its August 30, 2018 Minute Order, had ordered the Parties to meet and confer regarding the scheduling of the Parties' previously-noticed depositions of Plaintiff and Defendant's Rule 30(b)(6) designees, and to complete those depositions by September 30, 2018;

WHEREAS, pursuant to a stipulation submitted by the Parties, the Court entered an Order on September 14, 2018 which continued the deadline for completing Defendant's Rule 30(b)(6) deposition to November 30, 2018;

WHEREAS, on September 26, 2018, Defendant filed a motion to stay Plaintiff's class claims to the extent based upon allegations that Defendants violated California law by failing to compensate employees for time spent in security screening procedures at California fulfillment centers;

WHEREAS, a hearing on Defendant's motion to stay is scheduled before the Court on November 20, 2018 at 9:30 a.m.

WHEREAS, in an attempt to avoid duplication of effort and avoid unnecessary expenses, counsel for Plaintiff and counsel for Defendant have agreed to temporarily stay discovery on any issues covered by Defendant's motion to stay until the Court addresses that motion, including Plaintiff's Rule 30(b)(6) deposition of Defendant;

WHEREAS, due to the pending motion to stay and the unavailability of Defendant's Rule 30(b)(6) designees to be deposed during the second half of November and December because of the serious disruptions and constraints that would be caused by depositions during that critical time period for Defendant's business, Defendant's Rule 30(b)(6) deposition cannot reasonably be completed before November 30, 2018;

WHEREAS, counsel for Plaintiff and counsel for Defendant have agreed to work together in good faith to schedule Defendant's Rule 30(b)(6) deposition after the holiday season;

THEREFORE, the Parties HEREBY STIPULATE and request, by and through the

Parties' respective counsel, that the Court continue the November 30, 2018 deadline for completing the deposition of Defendant's Rule 30(b)(6) designees until February 15, 2019.

The Parties are making this request in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

Dated: November 7, 2018  PETER R. DION-KINDEM, P.C.

By /s/ Peter R. Dion-Kindem (as authorized on 11/7/2018)
Peter R. Dion-Kindem
Attorney for Plaintiff
Juan Trevino

Dated: November 7, 2018  MORGAN, LEWIS & BOCKIUS LLP

By /s/ Barbara J. Miller
Barbara J. Miller
Joel M. Purles
Attorneys for Defendant
GOLDEN STATE FC, LLC

# **ORDER**

Having read and considered the Parties' Joint Stipulation to Continue Deadline for Rule 30(b)(6) Deposition, and good cause appearing, the Stipulation is approved. The Court hereby orders as follows:

1. The deadline for completing Defendant Golden State FC LLC's Rule 30(b)(6) deposition is continued to February 15, 2019.

IT IS SO ORDERED.

Dated: **November 9, 2018**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE