MORGAN, LEWIS & BOCKIUS LLP
Barbara J. Miller, State Bar No. 167223
Joel M. Purles, State Bar No. 266208
Alejandro David Szwarcsztejn, State Bar No. 272371
600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626-7653
Tel: +1.714.830.0600
Fax: +1.714.830.0700
barbara.miller@morganlewis.com
joel.purles@morganlewis.com
david.szwarcsztejn@morganlewis.com

Attorneys for Defendants
GOLDEN STATE FC LLC and AMAZON.COM, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN TREVINO, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOLDEN STATE FC, LLC, a Delaware Limited Liability Company; AMAZON.COM, INC., a Delaware Corporation, and DOES 1 through 10,<br><br>Defendants. | Case No. 1:18-cv-00120-DAD-BAM<br><br>**JOINT STIPULATION TO VACATE DEADLINE FOR COMPLETION OF RULE 30(B)(6) DEPOSITION; ORDER**<br><br>Complaint Filed: July 12, 2017 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Juan Trevino ("Plaintiff") and Defendant Golden State FC LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, as set forth below:

WHEREAS, the Court, in its August 30, 2018 Minute Order, had ordered the Parties to meet and confer regarding the scheduling of the Parties' previously-noticed depositions of Plaintiff and Defendant's Rule 30(b)(6) designees, and to complete those depositions by September 30, 2018 (*see* ECF No. 31);

WHEREAS, on September 26, 2018, Defendant filed a motion to stay Plaintiff's class claims to the extent based upon allegations that Defendants violated California law by failing to compensate employees for time spent in security screening procedures at California fulfillment centers—which motion was heard on November 20, 2018 and is still pending before this Court;

WHEREAS, pursuant to stipulations submitted by the Parties and in light of Defendant's pending motion to stay, the Court entered Orders which continued the deadline for completing Defendant's Rule 30(b)(6) deposition to February 15, 2018 (*see* ECF Nos. 37, 47);

WHEREAS, Plaintiff now intends to seek Court approval to consolidate all claims and proceedings—including all discovery and depositions—in the above-captioned action with other related cases currently pending in this Court, and has raised the issue of consolidation with Defendant;

WHEREAS, the Parties anticipate filing a stipulation addressing consolidation in short order;

NOW THEREFORE, the Parties HEREBY STIPULATE and request, by and through the Parties' respective counsel, that the Court's February 15, 2019 deadline for completing the deposition of Defendant's Rule 30(b)(6) designees be VACATED, to allow the Parties to address all discovery-related issues in a consolidated manner in the anticipated forthcoming consolidated action.

The Parties are making this request in good faith and not for purposes of delay.

///

///

**IT IS SO STIPULATED.**

Dated: February 14, 2019  PETER R. DION-KINDEM, P.C.

By /s/ *Peter R. Dion-Kindem* (as authorized on 2/11/2019)
 Peter R. Dion-Kindem
 Attorney for Plaintiff
 Juan Trevino

Dated: February 14, 2019  MORGAN, LEWIS & BOCKIUS LLP

By /s/ *Barbara J. Miller*
 Barbara J. Miller
 Joel M. Purles
 Attorneys for Defendant
 GOLDEN STATE FC, LLC

# **ORDER**

Having read and considered the Parties' Joint Stipulation to Vacate Deadline for Rule 30(b)(6) Deposition, and good cause appearing, it is HEREBY ORDERED that the Stipulation is approved and the February 15, 2019 deadline for completing Defendant Golden State FC LLC's Rule 30(b)(6) deposition is VACATED. Furthermore, Plaintiff is HEREBY ORDERED to file a status report within **forty-five (45) days** of the date of service of this order updating the Court as to the status of Plaintiff's efforts to consolidate the above-captioned action with other related cases currently pending before the Court.

IT IS SO ORDERED.

Dated: **February 14, 2019**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Costa Mesa