UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN TREVINO,<br><br>        Plaintiff,<br><br>   v.<br><br>GOLDEN STATE FC LLC, et al.,<br><br>        Defendants. | No. 1:18-cv-00120-DAD-BAM<br><br>**ORDER CONSOLIDATING CASES, GRANTING LEAVE TO FILE CONSOLIDATED COMPLAINT, AND SETTING SCHEDULING CONFERENCE** |
| ROMEO PALMA,<br><br>        Plaintiff,<br><br>   v.<br><br>GOLDEN STATE FC LLC,<br><br>        Defendant. | No. 1:18-cv-00121-DAD-BAM |
| JUAN C. AVALOS,<br><br>        Plaintiff,<br><br>   v.<br><br>AMAZON.COM, LLC, et al.,<br><br>        Defendants. | No. 1:18-cv-00567-DAD-BAM |

| | |
|---|---|
| BRITTANY HAGMAN, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>AMAZON FULFILLMENT SERVICES, INC., et al.,<br><br>   Defendants. | No. 1:18-cv-01176-DAD-BAM |
| CHRISTOPHER WARD, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>AMAZON, et al.,<br><br>   Defendants. | No. 1:17-cv-01300-DAD-BAM |

On February 25, 2019, counsel in the above-captioned cases filed a stipulation seeking to consolidate (1) *Juan Trevino v. Golden State FC LLC, et al.,* Case No. 1:18-cv-00120-DAD-BAM ("*Trevino*"); (2) *Romeo Palma v. Golden State FC, LLC*, Case No. 1:18-cv-00121-DAD-BAM ("*Palma*"); (3) *Juan C. Avalos v. Amazon.com, LLC, et al.,* Case No. 1:18-cv-00567-DAD-BAM ("*Avalos*"); (4) *Brittany Hagman, et al. v. Amazon Fulfillment Services, Inc., et al.*, Case No. 1:18-cv-01176-DAD-BAM ("*Hagman*"); and (5) *Christopher Ward, et al. v. Amazon, et al.,* Case No. 1:17-cv-01300-DAD-BAM ("*Ward* "). (*Trevino,* Doc. No. 53; *Palma,* Doc. No. 40; *Avalos,* Doc. No. 54; *Hagman,* Doc. No. 44; *Ward,* Doc. No. 33.)

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, "[i]f actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." In exercising its discretion, the court "weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause." *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984). Here, the court finds

that the above-captioned actions involve the same or similar parties, claims, and questions of fact or law, and that consolidation will avoid unnecessary costs and duplication of proceedings. Thus, good cause exists to grant the parties' stipulation and consolidate these cases.

The parties have further stipulated to allow plaintiffs to file a consolidated complaint to serve as the operative complaint in the consolidated action. The parties also request that the Court set a scheduling conference to schedule new case management deadlines in the consolidated action. Currently, the Court has issued Scheduling Orders in *Trevino, Ward,* and *Palma*. The deadline to amend the pleadings as set forth in the respective Scheduling Orders is January 19, 2018, in *Ward* and December 1, 2018, in *Palma*. (*Ward,* Doc. No. 11; *Palma,* Doc. No. 39.) No deadline for amendment of the pleadings has been set in *Trevino*. (*Trevino,* Doc. No. 16.) The Initial Scheduling Conferences in *Avalos* and *Hagman* have not yet been held and are currently set for March 12, 2019, and April 3, 2019, respectively. (*Avalos,* Doc. No. 53; *Hagman*, Doc. No. 43.) In light of the consolidation of the above-referenced cases and in order to avoid unnecessary cost and delay, the Court finds good cause to modify the Scheduling Orders issued in *Trevino, Ward,* and *Palma* in order to set a consolidated class certification schedule and to modify the deadline for amendment of the pleadings in *Ward* and *Palma* by allowing plaintiffs to file a consolidated complaint. *See* Fed. R. Civ. P. 16(b)(4); Fed. R. Civ. P. 42(a)(3).

Accordingly, IT IS HEREBY ORDERED that:

1. The above-referenced cases shall be consolidated for all purposes, including trial, pursuant to Rule 42(a);

2. The Clerk of the Court is directed to file this order in each of the above-referenced cases;

3. Going forward, the parties and the Clerk of the Court are directed to file documents under only the lead case number. Future captions should indicate the lead case number followed by the member case numbers as follows:

        **Lead Case:**       1:18-cv-00120-DAD-BAM

        **Member Case:**   1:18-cv-00121-DAD-BAM

| | |
|---|---|
| **Member Case:** | 1:18-cv-00567-DAD-BAM |
| **Member Case:** | 1:18-cv-01176-DAD-BAM |
| **Member Case:** | 1:17-cv-01300-DAD-BAM |

4. Pursuant to the parties' stipulation, plaintiffs may file and serve a consolidated complaint within seven (7) days of the date of this Order. Defendants' response to the consolidated complaint shall be filed and served within thirty (30) days of filing and service of the consolidated complaint;

5. The Court sets a **SCHEDULING CONFERENCE for April 23, 2019, at 9:30 AM in Courtroom 8 (BAM)** before Magistrate Judge Barbara A. McAuliffe. A Joint Scheduling Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference (*Trevino,* Doc. No. 2; *Palma,* Doc. No. 2; *Avalos,* Doc. No. 26; *Hagman,* Doc. No. 29; *Ward,* Doc. No. 4) one (1) full week prior to the Scheduling Conference, and a copy shall be emailed, in Word format, to bamorders@caed.uscourts.gov. The parties may appear at the Scheduling Conference by telephone with each party using the following dial-in number and passcode: **dial-in number 1-877-411-9748; passcode 3190866**.

IT IS SO ORDERED.

Dated: **February 26, 2019**         /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE

4