JUAN TREVINO  et al  V.  GOLDEN STATE FC LLC et al
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
CIVIL DOCKET FOR LEAD CASE # 1:18-cv-00120-DAD-BAM

# EXHIBIT A
## TO FIRST AMENDED CONSOLIDATED COMPLAINT

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| VUS | 201041 | 120003 | 629 | 0000177211 | 1 |

**Earnings Statement** 

3625-0014

GOLDEN STATE FC LLC  
P.O. BOX 80726  
SEATTLE, WA 98108

Period Beginning: 04/02/2017  
Period Ending: 04/15/2017  
Pay Date: 04/21/2017

Taxable Marital Status: Single  
Exemptions/Allowances:  
  Federal: 52  
  CA: 2

JUAN F TREVINO  
301 E WYANDOTTE ST  
STOCKTON CA 95204

Social Security Number: XXX-XX-1227

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.5000 | 70.00 | 945.00 | 2,565.00 |
| Overtime | 20.2500 | 11.53 | 233.48 | 401.96 |
| Double Time | 27.0000 | 2.60 | 70.20 | 70.20 |
| Personal Time | 13.5000 | 10.00 | 135.00 | 135.00 |
| Shft Pay D/T@ | 1.0000 | 2.60 | 2.60 | 2.60 |
| Shft Pay O/T@ | 0.7502 | 11.53 | 8.65 | 14.89 |
| Shift Pay @ | 0.5000 | 80.00 | 40.00 | 100.00 |
| Variable Comp | | | 68.59 | 68.59 |
| **Gross Pay** | | | **$1,503.52** | 3,358.24 |

**Net Check**           **$0.00**

\* Excluded from federal taxable wages

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 1.20 | 3.60 |

**Important Notes**  
YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

**Deductions**

**Statutory**

| | | |
|---|---|---|
| Federal Income Tax | -147.50 | 283.01 |
| Social Security Tax | -87.77 | 197.39 |
| Medicare Tax | -20.52 | 46.16 |
| CA State Income Tax | -28.63 | 38.64 |
| CA SUI/SDI Tax | -12.73 | 28.62 |

**Other**

| | | |
|---|---|---|
| Pre-Tax Dental | -18.92* | 37.84 |
| Pre-Tax Medical | -63.69* | 127.38 |
| Pre-Tax Vision | -1.85* | 3.70 |
| Sec 125 Health | -4.62* | 9.24 |
| Slifcd | -0.30 | 0.60 |
| Slifee | -3.32 | 6.64 |
| Supp Ad/D | -0.28 | 0.56 |
| **Net Pay** | **$1,113.39** | |
| Checking Dep. | -1,113.39 | |

**VARIABLE COMP CALC**  
**PERIOD: MARCH 2017**

| EARNINGS | HOURS | RATE | AMOUNT |
|---|---|---|---|
| REG | 110.00 | 0.5600 | 61.60 |
| O/T | 8.32 | 0.8400 | 6.99 |
| D/T | 0.00 | 0.0000 | 0.00 |
| **TOTAL** | | | 68.59 |

© 2000 ADP, LLC

---



GOLDEN STATE FC LLC  
P.O. BOX 80726  
SEATTLE, WA 98108

**Advice number:** 00000177211  
**Pay date:** 04/21/2017

**Deposited to the account of**  
**JUAN F TREVINO**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx4242 | xxxx xxxx | $1,113.39 |

**NON-NEGOTIABLE**