MICHELE L. MARYOTT, SBN 191993
  mmaryott@gibsondunn.com
ASHLEY ALLYN, SBN 254559
  aallyn@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800 | Facsimile: 949.451.4220

JASON C. SCHWARTZ (admitted *pro hac vice*)
  jschwartz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500 | Facsimile: 202.467.0539

KATHERINE V.A. SMITH, SBN 247866
  ksmith@gibsondunn.com
HELEN AVUNJIAN, SBN 300284
  havunjian@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000 | Facsimile: 213.229.7520

Attorneys for Defendants GOLDEN STATE FC LLC
(now known as AMAZON.COM SERVICES, INC.),
AMAZON.COM, INC. and AMAZON FULFILLMENT
SERVICES, INC. (now known as AMAZON.COM
SERVICES, INC.)

[Additional Counsel Continued on Next Page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JUAN TREVINO, CHRISTOPHER WARD, LINDA QUINTEROS, ROMEO PALMA, BRITTANY HAGMAN, ALBERTO GIANINI, and JUAN C. AVALOS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDEN STATE FC LLC, a Delaware Limited Liability Company; AMAZON.COM INC., a Delaware Corporation, AMAZON FULFILLMENT CENTERS, INC. a Delaware Corporation, and Does 1 through 10, inclusive,<br><br>Defendants. | **LEAD CASE NO. 1:18-cv-00120-DAD (BAM)**<br>Member Case No: 1:18-cv-00121-DAD-BAM<br>Member Case No: 1:18-cv-00567-DAD-BAM<br>Member Case No: 1:18-cv-01176-DAD-BAM<br>Member Case No: 1:17-cv-01300-DAD-BAM<br><br>**JOINT STIPULATION REGARDING PLAINTIFFS' PRODUCTION OF DOCUMENTS PURSUANT TO DKT. NO 82 AND REQUEST TO EXTEND CASE DEADLINES** |

Peter R. Dion Kindem (SBN 95267)
The Dion-Kindem Law Firm
Peter R. Dion-Kindem, P.C.
2945 Townsgate Road, Suite 200
Westlake Village, CA 91361
Telephone:   (818) 883-4900
Facsimile:   (858) 404-9203
peter@dion-kindemlaw.com

Lonnie C. Blanchard, III (SBN 93530)
The Blanchard Law Group, APC
3578 East Foothill Boulevard, Suite 338
Pasadena, CA 91107
Telephone:   (213) 599-8255
Facsimile:   (213) 402-3949
lonnieblanchard@gmail.com

*Attorneys for Plaintiff Juan Trevino*

David Yeremian (SBN 226337)
Alvin B. Lindsay (SBN 220236)
David Yeremian & Associates, Inc.
535 North Brand Boulevard, Suite 705
Glendale, CA 91203-1989
Telephone:   (818) 230-8380
Facsimile:   (818) 230-0308
david@yeremianlaw.com
alvin@yeremianlaw.com

*Attorneys for Plaintiffs Christopher Ward and Linda Quinteros*

James Hawkins (SBN 192925)
Isandra Fernandez (SBN 220482)
James Hawkins APLC
9880 Research Drive, Suite 200
Irvine, CA 92618
Telephone:   (949) 387-7200
Facsimile:   (949) 387-6676
james@jameshawkinsaplc.com

*Attorneys for Plaintiff Juan C. Avalos*

Joshua H. Haffner (SBN 188652)
Graham G. Lambert (SBN 303056)
Haffner Law PC
445 South Figueroa Street, Suite 2325
Los Angeles, CA 90071
Telephone:   (213) 514-5681
Facsimile:   (213) 514-5682
jhh@haffnerlawyers.com
gl@haffnerlawyers.com

*Attorneys for Plaintiff Romeo Palma*

Gibson, Dunn & Crutcher LLP

2    JOINT STIPULATION RE: PLAINTIFFS' PRODUCTION OF DOCUMENTS & REQUEST TO EXTEND CASE DEADLINES – 1:18-CV-00120-DAD (BAM)

Shawn C. Westrick (SBN 235313)
The Westrick Law Firm, P.C.
11075 Santa Monica Boulevard, Suite 125
Los Angeles, CA 90025
Telephone:   (310) 746-5303
Facsimile:    (310) 943-3373
swestrick@westricklawfirm.com

*Attorneys for Plaintiffs Brittany Hagman and Alberto Gianini*

3   JOINT STIPULATION RE: PLAINTIFFS' PRODUCTION OF DOCUMENTS & REQUEST TO EXTEND CASE DEADLINES – 1:18-CV-00120-DAD (BAM)

Gibson, Dunn & Crutcher LLP

Plaintiffs Juan Trevino, Christopher Ward, Linda Quinteros, Romeo Palma, Brittany Hagman, Alberto Gianini, and Juan C. Avalos (collectively "Plaintiffs") and Defendants Golden State FC LLC (now known as Amazon.com Services, Inc.), Amazon.com Inc., and Amazon Fulfillment Services, Inc. (now known as Amazon.com Services, Inc.) (collectively, "Defendants") (together, the "Parties") by and through their respective counsel of record, hereby submit this Stipulation Regarding Plaintiffs' Production of Documents Pursuant to Dkt. No. 82 and request to extend case deadlines.

WHEREAS, on April 25, 2019, the Court set the following case deadlines: non-expert discovery related to class certification shall be completed by September 30, 2019; Plaintiffs shall file their motion for class certification by October 24, 2019; Defendants shall file their opposition thereto by December 12, 2019; Plaintiffs shall file their reply by January 30, 2020; and the hearing on Plaintiffs' motion for class certification shall occur on February 19, 2020 at 9:30 a.m. (Dkt. 69);

WHEREAS, on May 17, 2019, Defendants propounded Requests for Production on each Plaintiff.  Dkt. 78-1 ¶¶ 2–4, Exs. A–G.  These requests sought, among other items, cell phone records or other documents that would show Plaintiffs' activities on their personal phones (such as email, text messaging, social media activity, and phone calls) during the workday, subject to redactions for Plaintiffs' privacy;

WHEREAS, Plaintiffs objected and declined to produce documents in response to these requests.  Following multiple meet and confer discussions, on July 26, 2019, Defendants filed a motion to compel the production of these requested documents (Dkt. 76);

WHEREAS, on August 19, 2019, Magistrate Judge Barbara McAuliffe issued an order granting Defendants' motion to compel and ordering Plaintiffs' to produce responsive documents to the relevant requests no later than September 6, 2019 (Dkt. 82);

WHEREAS, on September 6, 2019, Plaintiffs Romeo Palma, Brittany Hagman, Alberto Gianini, and Christopher Ward had neither produced responsive documents nor indicated that they had searched for such documents but were unable to locate any;

WHEREAS, that same day, anticipating that these Plaintiffs would soon be out of compliance with the Court's order, Defendants informed Plaintiffs by email that they would consider an

4   JOINT STIPULATION RE: PLAINTIFFS' PRODUCTION OF DOCUMENTS & REQUEST TO EXTEND CASE DEADLINES – 1:18-CV-00120-DAD (BAM)

Gibson, Dunn & Crutcher LLP

extension of Plaintiffs' deadline to comply in exchange for a short extension of the discovery deadline and class certification briefing deadlines to allow for the depositions of Plaintiffs Romeo Palma, Brittany Hagman, and Alberto Gianini, which were delayed by their failure to comply with the Court's order, and to allow more time for Defendants to prepare their witnesses for the 30(b)(6) depositions noticed on August 20, 2019 (Dkt. 84-2);

WHEREAS, Plaintiffs did not agree to an extension by the requested deadline—end of day, September 9, 2019, and Defendants therefore filed a Motion for Sanctions that same day, based on Plaintiffs Romeo Palma, Brittany Hagman, Alberto Gianini, and Christopher Ward's failure to comply with this Court's August 19, 2019 order (Dkt. 84);

WHEREAS, on September 10, 2019, counsel for Plaintiffs requested to meet and confer further regarding Defendants' Motion for Sanctions and proposed extension of case deadlines; and

WHEREAS, as a result of their further meet and confer efforts, the Parties have agreed to the following terms under which Defendants will agree to withdraw their Motion for Sanctions without prejudice:

1. The discovery and briefing schedule for Plaintiffs' anticipated Motion for Class Certification shall be adjusted as follows:

|  | Current Deadlines | Proposed New Deadline |
|---|---|---|
| **Non-Expert Discovery Cutoff**[1] | September 30, 2019 | October 31, 2019 |
| **Class Certification Due Date** | October 24, 2019 | November 22, 2019 |
| **Opposition** | December 12, 2019 | January 13, 2019 |
| **Reply** | January 30, 2019 | Same as current |
| **Hearing Date** | February 19, 2020 9:30 a.m. | Same as current |

2. No later than September 18, 2019, Plaintiffs Romeo Palma, Brittany Hagman, Alberto Gianini, and Christopher Ward shall provide to Defendants, in writing, a description of their efforts to date to comply with the Court's August 19, 2019 order.

3. Plaintiffs Romeo Palma, Brittany Hagman, Alberto Gianini, and Christopher Ward shall comply with the August 19 order no later than September 30, 2019. If any

---

[1] The parties have agreed that the purpose of extending this deadline is not to permit the service of additional written discovery requests and that such requests will not be permitted.

5   JOINT STIPULATION RE: PLAINTIFFS' PRODUCTION OF DOCUMENTS & REQUEST TO EXTEND CASE DEADLINES – 1:18-CV-00120-DAD (BAM)

Gibson, Dunn & Crutcher LLP

Plaintiff is unable to comply by September 30 because he or she is unable to obtain his or her records from third parties by that time, Plaintiffs shall agree to reasonable further extensions of the deadlines herein, or Defendants may refile a motion for sanctions for noncompliance with the August 19 order.

THEREFORE, IT IS STIPULATED AND AGREED THAT good cause exists to extend the non-expert discovery cut-off date to October 31, 2019, the deadline for Plaintiffs to file their motion for class certification to November 22, 2019, and the deadline for Defendants to file their opposition thereto to January 13, 2019 and the Parties respectfully request that the Court enter the proposed order accompanying this stipulation.

Dated: September 17, 2019

Michele L. Maryott
Jason C. Schwartz
Katherine V.A. Smith
Helen Avunjian
GIBSON, DUNN & CRUTCHER LLP

By: */s/ Katherine V.A. Smith*

Defendants GOLDEN STATE FC LLC, AMAZON.COM INC., and AMAZON FULFILLMENT CENTERS, INC.

Dated: September 17, 2019

Peter R. Dion-Kindem
THE DION-KINDEM LAW FIRM

By: */s/ Peter R. Dion-Kindem as authorized on 9/16/19*

Lonnie C. Blanchard, III
THE BLANCHARD LAW GROUP, APC

By: */s/ Lonnie C. Blanchard, III as authorized on 9/16/19*

Attorneys for Plaintiff JUAN TREVINO

Gibson, Dunn & Crutcher LLP

6   JOINT STIPULATION RE: PLAINTIFFS' PRODUCTION OF DOCUMENTS & REQUEST TO EXTEND CASE DEADLINES – 1:18-CV-00120-DAD (BAM)

Dated: September 17, 2019

        David Yeremian
        Alvin B. Lindsay
        DAVID YEREMIAN & ASSOCIATES, INC.

        By: */s/ Alvin B. Lindsay as authorized on 9/16/19*

        Attorneys for Plaintiffs CHRISTOPHER WARD and LINDA QUINTEROS

Dated: September 17, 2019

        James Hawkins
        Isandra Fernandez
        JAMES HAWKINS APLC

        By: */s/ Isandra Fernandez as authorized on 9/16/19*

        Attorneys for Plaintiff JUAN C. AVALOS

Dated: September 17, 2019

        Joshua H. Haffner
        Graham G. Lambert
        HAFFNER LAW PC

        By: */s/ Joshua H. Haffner as authorized on 9/16/19*

        Attorneys for Plaintiff ROMEO PALMA

Dated: September 17, 2019

        Shawn C. Westrick
        THE WESTRICK LAW FIRM, P.C.

        By: */s/ Shawn C. Westrick as authorized on 9/16/19*

        Attorneys for Plaintiffs BRITTANY HAGMAN and ALBERTO GIANINI

Gibson, Dunn & Crutcher LLP

7     JOINT STIPULATION RE: PLAINTIFFS' PRODUCTION OF DOCUMENTS & REQUEST TO EXTEND CASE DEADLINES – 1:18-CV-00120-DAD (BAM)

**ORDER**

Having considered the parties' Joint Stipulation Regarding Plaintiffs' Production of Documents and Request to Extend Case Deadlines, the Court finds good cause appearing and HEREBY ORDERS that:

(a) The Joint Stipulation is GRANTED;

(b) The deadline for completion of non-expert class certification discovery is reset to October 31, 2019;

(c) The deadline for Plaintiffs to file their motion for class certification is reset to November 22, 2019; and

(d) The deadline for Defendants to file their opposition to Plaintiffs' motion for class certification is reset to January 13, 2019.

All other dates shall remain as currently calendared.

**IT IS SO ORDERED.**

Dated: _____

                                                    _____
                                                    Hon. Barbara A. McAuliffe

103479133.4

8    JOINT STIPULATION RE: PLAINTIFFS' PRODUCTION OF DOCUMENTS & REQUEST TO EXTEND CASE DEADLINES – 1:18-CV-00120-DAD (BAM)

Gibson, Dunn & Crutcher LLP