| | |
|---|---|
| 1 | MICHELE L. MARYOTT, SBN 191993 |
| | mmaryott@gibsondunn.com |
| 2 | ASHLEY ALLYN, SBN 254559 |
| | aallyn@gibsondunn.com |
| 3 | GIBSON, DUNN & CRUTCHER LLP |
| | 3161 Michelson Drive |
| 4 | Irvine, CA 92612-4412 |
| | Telephone: 949.451.3800 | Facsimile: 949.451.4220 |

MICHELE L. MARYOTT, SBN 191993
 mmaryott@gibsondunn.com
ASHLEY ALLYN, SBN 254559
 aallyn@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800 | Facsimile: 949.451.4220

JASON C. SCHWARTZ (admitted *pro hac vice*)
 jschwartz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500 | Facsimile: 202.467.0539

KATHERINE V.A. SMITH, SBN 247866
 ksmith@gibsondunn.com
HELEN AVUNJIAN, SBN 300284
 havunjian@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000 | Facsimile: 213.229.7520

*Attorneys for Defendants GOLDEN STATE FC LLC (now known as AMAZON.COM SERVICES, INC.), AMAZON.COM, INC. and AMAZON FULFILLMENT SERVICES, INC. (now known as AMAZON.COM SERVICES, INC.)*

[Additional Counsel Continued on Next Page]

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| JUAN TREVINO, CHRISTOPHER WARD, LINDA QUINTEROS, ROMEO PALMA, BRITTANY HAGMAN, ALBERTO GIANINI, and JUAN C. AVALOS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDEN STATE FC LLC, a Delaware Limited Liability Company; AMAZON.COM INC., a Delaware Corporation, AMAZON FULFILLMENT CENTERS, INC. a Delaware Corporation, and Does 1 through 10, inclusive,<br><br>Defendants. | **LEAD CASE NO. 1:18-cv-00120-DAD (BAM)**<br>Member Case No: 1:18-cv-00121-DAD-BAM<br>Member Case No: 1:18-cv-00567-DAD-BAM<br>Member Case No: 1:18-cv-01176-DAD-BAM<br>Member Case No: 1:17-cv-01300-DAD-BAM<br><br>**JOINT STIPULATION AND ORDER REGARDING REQUEST TO EXTEND NON-EXPERT DISCOVERY DEADLINE** |

PETER R. DION KINDEM, SBN 95267
  peter@dion-kindemlaw.com
THE DION-KINDEM LAW FIRM
PETER R. DION-KINDEM, P.C.
2945 Townsgate Road, Suite 200
Westlake Village, CA 91361
Telephone: 818.883.4900 | Facsimile: 858.404.9203

LONNIE C. BLANCHARD, III, SBN 93530
  lonnieblanchard@gmail.com
THE BLANCHARD LAW GROUP, APC
3578 East Foothill Boulevard, Suite 338
Pasadena, CA 91107
Telephone: 213.599.8255 | Facsimile: 213.402.3949

*Attorneys for Plaintiff JUAN TREVINO*

DAVID YEREMIAN, SBN 226337
  david@yeremianlaw.com
ALVIN B. LINDSAY, SBN 220236
  alvin@yeremianlaw.com
DAVID YEREMIAN & ASSOCIATES, INC.
535 North Brand Boulevard, Suite 705
Glendale, CA 91203-1989
Telephone: 818.230.8380 | Facsimile: 818.230.0308

*Attorneys for Plaintiffs CHRISTOPHER WARD and LINDA QUINTEROS*

JAMES HAWKINS, SBN 192925
  james@jameshawkinsaplc.com
ISANDRA FERNANDEZ, SBN 220482
  isandra@jameshawkinsaplc.com
JAMES HAWKINS APLC
9880 Research Drive, Suite 200
Irvine, CA 92618
Telephone: 949.387.7200 | Facsimile: 949.387.6676

*Attorneys for Plaintiff JUAN C. AVALOS*

JOSHUA H. HAFFNER, SBN 188652
  jhh@haffnerlawyers.com
GRAHAM G. LAMBERT, SBN 303056
  gl@haffnerlawyers.com
HAFFNER LAW PC
445 South Figueroa Street, Suite 2325
Los Angeles, CA 90071
Telephone: 213.514.5681 | Facsimile: 213.514.5682

*Attorneys for Plaintiff ROMEO PALMA*

SHAWN C. WESTRICK, SBN 235313
  swestrick@westricklawfirm.com
THE WESTRICK LAW FIRM, P.C.
11075 Santa Monica Boulevard, Suite 125
Los Angeles, CA  90025
Telephone:  310.746.5303 | Facsimile:  310.943.3373

*Attorneys for Plaintiffs BRITTANY HAGMAN and ALBERTO GIANINI*

Plaintiffs Juan Trevino, Christopher Ward, Linda Quinteros, Romeo Palma, Brittany Hagman, Alberto Gianini, and Juan C. Avalos (collectively "Plaintiffs") and Defendants Golden State FC LLC (now known as Amazon.com Services, Inc.), Amazon.com Inc., and Amazon Fulfillment Services, Inc. (now known as Amazon.com Services, Inc.) (collectively, "Defendants") (together, the "Parties") by and through their respective counsel of record, hereby submit this Stipulation Regarding Request to Extend Non-Expert Discovery Deadline.

WHEREAS, on April 25, 2019, the Court set the following case deadlines: non-expert discovery related to class certification shall be completed by September 30, 2019; Plaintiffs shall file their motion for class certification by October 24, 2019; Defendants shall file their opposition thereto by December 12, 2019; Plaintiffs shall file their reply by January 30, 2020; and the hearing on Plaintiffs' motion for class certification shall occur on February 19, 2020 at 9:30 a.m. (Dkt. 69);

WHEREAS, on September 17, 2019, the Court ordered the following changes to case deadlines: non-expert discovery related to class certification shall be completed by October 31, 2019; Plaintiffs shall file their motion for class certification by November 22, 2019; and Defendants shall file their opposition thereto by January 13, 2020 (Dkt. 87);

WHEREAS, Defendants are in the process of gathering documents and data relevant to this action, but anticipate that they will need an additional seventy-five (75) days to compile such material for production;

WHEREAS, the Parties have therefore agreed to the following terms:

1. The discovery and briefing schedule for Plaintiffs' anticipated Motion for Class Certification shall be adjusted as follows:

|  | **Current Deadlines** | **Proposed New Deadline** |
| --- | --- | --- |
| **Non-Expert Discovery Cutoff[1]** | October 31, 2019 | January 14, 2020 |
| **Class Certification Due Date** | November 22, 2019 | Same as current |
| **Opposition** | January 13, 2020 | Same as current |
| **Reply** | January 30, 2020 | Same as current |
| **Hearing Date** | February 19, 2020 9:30 a.m. | Same as current |

---

[1] The Parties have agreed that the purpose of extending this deadline is not to permit the service of additional written discovery requests and that such requests will not be permitted.

2. Plaintiffs agree that the result of this schedule may be that Defendants produce data and documents after Plaintiffs' Class Certification Due Date.

3. Plaintiffs agree they will not object to production of data and documents after the Class Certification Due Date so long as they are produced no later than the Non-Expert Discovery Cutoff.

THEREFORE, IT IS STIPULATED AND AGREED THAT good cause exists to extend the non-expert discovery deadline to January 14, 2020, and the Parties respectfully request that the Court enter the proposed order accompanying this stipulation.

Dated: October 29, 2019

JASON C. SCHWARTZ
MICHELE L. MARYOTT
KATHERINE V.A. SMITH
ASHLEY ALLYN
HELEN AVUNJIAN
GIBSON, DUNN & CRUTCHER LLP

By: */s/ Katherine V.A. Smith*
       Katherine V.A. Smith

Attorneys for Defendants
GOLDEN STATE FC LLC (now known as AMAZON.COM SERVICES, INC.), AMAZON.COM, INC. and AMAZON FULFILLMENT SERVICES, INC. (now known as AMAZON.COM SERVICES, INC.)

Dated: October 29, 2019

PETER R. DION-KINDEM
THE DION-KINDEM LAW FIRM

By: */s/ Peter R. Dion-Kindem as authorized on 10/29/19*
       Peter R. Dion-Kindem

LONNIE C. BLANCHARD, III
THE BLANCHARD LAW GROUP, APC

By: */s/ Lonnie C. Blanchard, III as authorized on 10/29/19*
       Lonnie C. Blanchard, III

Attorneys for Plaintiff
JUAN TREVINO

Dated: October 29, 2019

        DAVID YEREMIAN
        ALVIN B. LINDSAY
        DAVID YEREMIAN & ASSOCIATES, INC.

        By:   */s/ Alvin B. Lindsay as authorized on 10/29/19*
                Alvin B. Lindsay

        Attorneys for Plaintiffs
        CHRISTOPHER WARD and LINDA QUINTEROS

Dated: October 29, 2019

        JAMES HAWKINS
        ISANDRA FERNANDEZ
        JAMES HAWKINS APLC

        By:   */s/ Isandra Fernandez as authorized on 10/29/19*
                Isandra Fernandez

        Attorneys for Plaintiff
        JUAN C. AVALOS

Dated: October 29, 2019

        JOSHUA H. HAFFNER
        GRAHAM G. LAMBERT
        HAFFNER LAW PC

        By:   */s/ Joshua H. Haffner as authorized on 10/29/19*
                Joshua H. Haffner

        Attorneys for Plaintiff
        ROMEO PALMA

Dated: October 29, 2019

        SHAWN C. WESTRICK
        THE WESTRICK LAW FIRM, P.C.

        By:   */s/ Shawn C. Westrick as authorized on 10/29/19*
                Shawn C. Westrick

        Attorneys for Plaintiffs
        BRITTANY HAGMAN and ALBERTO GIANINI

# **ORDER**

Having considered the parties' Joint Stipulation Regarding Request to Extend Non-Expert Discovery Deadline, the Court finds good cause appearing and HEREBY ORDERS that:

(a) The Joint Stipulation is GRANTED; and

(b) The deadline for completion of non-expert class certification discovery is reset to January 14, 2020.

All other dates shall remain as currently calendared.

IT IS SO ORDERED.

Dated: **October 30, 2019**           /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE