UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN TREVINO, ROMEO PALMA, JUAN C. AVALOS, ALBERTO GIANINI, CHRISTOPHER WARD, and LINDA QUINTEROS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDEN STATE FC, LLC, a Delaware Limited Liability Company, AMAZON.COM INC., a Delaware Corporation, and AMAZON FULFILLMENT SERVICES, INC., a Delaware Corporation,<br><br>Defendants. | Lead Case No.: 1:18-cv-00120-DAD-BAM (*Trevino*)<br><br>Member Case Nos.:<br><br>1. 1:18-cv-00121-DAD-BAM (*Palma*)<br>2. 1:18-cv-00567-DAD-BAM (*Avalos*)<br>3. 1:18-cv-01176-DAD-BAM (*Hagman*)<br>4. 1:17-cv-01300-DAD-BAM (*Ward*)<br><br>ORDER REFERRING MOTION TO MAGISRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(a), plaintiffs' motion for class certification (Doc. Nos. 96, 98) is hereby referred to United States Magistrate Judge Barbara A. McAuliffe for issuance of findings and recommendations in accordance with 28 U.S.C. § 636(b)(1)(B) and (C). Accordingly, the hearing on the motion set for February 19, 2020 at

/////

/////

/////

1

9:30 a.m. in Courtroom 5 before the undersigned is hereby vacated and a new hearing date will be set by way of minute order issued by the assigned magistrate judge.

IT IS SO ORDERED.

Dated: **December 11, 2019**

_____
UNITED STATES DISTRICT JUDGE