MICHELE L. MARYOTT, SBN 191993
  mmaryott@gibsondunn.com
ASHLEY ALLYN, SBN 254559
  aallyn@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800 | Facsimile: 949.451.4220

JASON C. SCHWARTZ (admitted *pro hac vice*)
  jschwartz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500 | Facsimile: 202.467.0539

KATHERINE V.A. SMITH, SBN 247866
  ksmith@gibsondunn.com
HELEN AVUNJIAN, SBN 300284
  havunjian@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000 | Facsimile: 213.229.7520

Attorneys for Defendants GOLDEN STATE FC LLC
(now known as AMAZON.COM SERVICES LLC),
AMAZON.COM, INC. and AMAZON FULFILLMENT
SERVICES, INC. (now known as AMAZON.COM
SERVICES LLC)

[Additional Counsel Continued on Next Page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN TREVINO, CHRISTOPHER WARD, LINDA QUINTEROS, ROMEO PALMA, BRITTANY HAGMAN, ALBERTO GIANINI, and JUAN C. AVALOS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDEN STATE FC LLC, a Delaware Limited Liability Company; AMAZON.COM INC., a Delaware Corporation, AMAZON FULFILLMENT CENTERS, INC. a Delaware Corporation, and Does 1 through 10, inclusive,<br><br>Defendants. | Lead Case No. 1:18-cv-00120-DAD-BAM<br>Member Case No: 1:18-cv-00121-DAD-BAM<br>Member Case No: 1:18-cv-00567-DAD-BAM<br>Member Case No: 1:18-cv-01176-DAD-BAM<br>Member Case No: 1:17-cv-01300-DAD-BAM<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME TO FILE MOTION TO RETAIN CONFIDENTIALITY OF DESIGNATED DOCUMENTS** |

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME TO FILE MOTION TO RETAIN
CONFIDENTIALITY OF DESIGNATED DOCUMENTS - CASE NO. 1:18-CV-00120-DAD-BAM

Peter R. Dion Kindem (SBN 95267)
The Dion-Kindem Law Firm
Peter R. Dion-Kindem, P.C.
2945 Townsgate Road, Suite 200
Westlake Village, CA 91361
Telephone: (818) 883-4900
Facsimile: (858) 404-9203
peter@dion-kindemlaw.com

Lonnie C. Blanchard, III (SBN 93530)
The Blanchard Law Group, APC
3578 East Foothill Boulevard, Suite 338
Pasadena, CA 91107
Telephone: (213) 599-8255
Facsimile: (213) 402-3949
lonnieblanchard@gmail.com

*Attorneys for Plaintiff Juan Trevino*

David Yeremian (SBN 226337)
Alvin B. Lindsay (SBN 220236)
David Yeremian & Associates, Inc.
535 North Brand Boulevard, Suite 705
Glendale, CA 91203-1989
Telephone: (818) 230-8380
Facsimile: (818) 230-0308
david@yeremianlaw.com
alvin@yeremianlaw.com

*Attorneys for Plaintiffs Christopher Ward and Linda Quinteros*

James Hawkins (SBN 192925)
Isandra Fernandez (SBN 220482)
James Hawkins APLC
9880 Research Drive, Suite 200
Irvine, CA 92618
Telephone: (949) 387-7200
Facsimile: (949) 387-6676
james@jameshawkinsaplc.com

*Attorneys for Plaintiff Juan C. Avalos*

Joshua H. Haffner (SBN 188652)
Graham G. Lambert (SBN 303056)
Haffner Law PC
445 South Figueroa Street, Suite 2325
Los Angeles, CA 90071
Telephone: (213) 514-5681
Facsimile: (213) 514-5682
jhh@haffnerlawyers.com
gl@haffnerlawyers.com

*Attorneys for Plaintiff Romeo Palma*

Gibson, Dunn & Crutcher LLP

2

JOINT STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME TO FILE MOTION TO RETAIN CONFIDENTIALITY OF DESIGNATED DOCUMENTS - CASE NO. 1:18-CV-00120-DAD-BAM

| | |
|---|---|
| 1 | Shawn C. Westrick (SBN 235313) |
| | The Westrick Law Firm, P.C. |
| 2 | 11075 Santa Monica Boulevard, Suite 125 |
| | Los Angeles, CA 90025 |
| 3 | Telephone: (310) 746-5303 |
| | Facsimile: (310) 943-3373 |
| 4 | swestrick@westricklawfirm.com |
| 5 | *Attorneys for Plaintiff Alberto Gianini* |

Gibson, Dunn & Crutcher LLP

3

JOINT STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME TO FILE MOTION TO RETAIN CONFIDENTIALITY OF DESIGNATED DOCUMENTS - CASE NO. 1:18-CV-00120-DAD-BAM

Pursuant to Rule 143 of the Local Rules of the United States District Court for the Eastern District of California, Golden State FC LLC, Amazon.Com Inc., and Amazon Fulfillment Centers, Inc. (collectively, "Defendants") and Plaintiffs Juan Trevino, Christopher Ward, Linda Quinteros, Romeo Palma, Alberto Gianini, and Juan C. Avalos (collectively, the "Parties"), by and through their respective attorneys, stipulate as follows:

WHEREAS, on November 23, 2019, the Plaintiffs informed Defendants they were challenging the confidentiality designation of a number of documents Defendants produced in this case pursuant to Paragraph 6 of the Stipulated Protective Order (Dkt. 89);

WHEREAS, the Stipulated Protective Order in this case requires the Parties to meet and confer in order to "attempt to resolve each challenge in good faith" and further requires that "[i]f the Parties cannot resolve a challenge without court intervention," that the Designating Party file "a motion to retain confidentiality" of the disputed documents to avoid waiver of the confidentiality designation (Dkt. 89);

WHEREAS, on December 6, 2019, the Parties participated in a telephonic informal conference regarding Defendants Request to Seal (Dkt. 95) certain documents Plaintiffs filed in support of their Motion for Class Certification (Dkt. 96, 98);

WHEREAS, following the informal conference on December 6, 2019, the Parties met and conferred regarding the confidentiality designations of the additional documents that were the subject of Plaintiffs' November 23, 2019 challenge;

WHEREAS, on December 9, 2019 the Court issued an order granting Defendants Request to Seal certain documents and issued an order extending the deadline for any Motion to Retain the Confidentiality of Designated Documents until January 27, 2020 (Dkt. 108);

WHEREAS, on January 22, 2020, Defendants contacted Plaintiffs requesting additional time to meet and confer regarding the confidentiality designations to avoid additional motion practice;

WHEREAS, the Parties have agreed to propose an extension to Defendants' time to file any Motion to Retain the Confidentiality of Designated Documents;

WHEREAS, Defendants' new deadline to file any Motion to Retain the Confidentiality of Designated Documents is February 7, 2020;

Gibson, Dunn & Crutcher LLP

4

JOINT STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME TO FILE MOTION TO RETAIN CONFIDENTIALITY OF DESIGNATED DOCUMENTS - CASE NO. 1:18-CV-00120-DAD-BAM

THEREFORE, IT IS STIPULATED AND AGREED THAT good cause exists to extend Defendants' deadline to file any Motion to Retain the Confidentiality of Designated Documents.

Dated: January 27, 2020

    Michele L. Maryott
    Jason C. Schwartz
    Katherine V.A. Smith
    Helen Avunjian
    GIBSON, DUNN & CRUTCHER LLP

    By: */s/ Katherine V.A. Smith*

    Defendants GOLDEN STATE FC LLC, AMAZON.COM INC., and AMAZON FULFILLMENT CENTERS, INC.

Dated: January 27, 2020

    Peter R. Dion-Kindem
    THE DION-KINDEM LAW FIRM

    By: */s/ Peter R. Dion-Kindem as authorized on 1/22/20*

    Lonnie C. Blanchard, III
    THE BLANCHARD LAW GROUP, APC

    By: */s/ Lonnie C. Blanchard, III as authorized on 1/22/20*

    Attorneys for Plaintiff JUAN TREVINO

Dated: January 27, 2020

    David Yeremian
    Alvin B. Lindsay
    DAVID YEREMIAN & ASSOCIATES, INC.

    By: */s/ Alvin B. Lindsay as authorized on 1/22/20*

    Attorneys for Plaintiffs CHRISTOPHER WARD and LINDA QUINTEROS

Dated: January 27, 2020

    James Hawkins
    Isandra Fernandez
    JAMES HAWKINS APLC

    By: */s/ Isandra Fernandez as authorized on 1/22/20*

    Attorneys for Plaintiff JUAN C. AVALOS

5

JOINT STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME TO FILE MOTION TO RETAIN CONFIDENTIALITY OF DESIGNATED DOCUMENTS - CASE NO. 1:18-CV-00120-DAD-BAM

Gibson, Dunn & Crutcher LLP

Dated: January 27, 2020

                                      Joshua H. Haffner
                                      Graham G. Lambert
                                      HAFFNER LAW PC

                                      By:  */s/ Joshua H. Haffner as authorized on 1/22/20*
                                      Attorneys for Plaintiff ROMEO PALMA

Dated: January 27, 2020

                                      Shawn C. Westrick
                                      THE WESTRICK LAW FIRM, P.C.

                                      By:  */s/ Shawn C. Westrick as authorized on 1/22/20*
                                      Attorneys for Plaintiff ALBERTO GIANINI

Gibson, Dunn & Crutcher LLP

6

JOINT STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME TO FILE MOTION TO RETAIN CONFIDENTIALITY OF DESIGNATED DOCUMENTS - CASE NO. 1:18-CV-00120-DAD-BAM

## **ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the deadline for Defendants to file a motion to maintain the confidentiality of any documents that are the subject of the parties' meet and confer efforts pursuant to the Court's order dated December 9, 2019 (Doc. No. 108) is extended from January 27, 2020, to February 7, 2020. No further extensions of time shall be granted in the absence of a demonstrated showing of good cause, which will be narrowly construed.

IT IS SO ORDERED.

Dated: **January 27, 2020**       /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE

Gibson, Dunn & Crutcher LLP

7
JOINT STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME TO FILE MOTION TO RETAIN CONFIDENTIALITY OF DESIGNATED DOCUMENTS - CASE NO. 1:18-CV-00120-DAD-BAM