1  MICHELE L. MARYOTT, SBN 191993
     mmaryott@gibsondunn.com
2  ASHLEY ALLYN,  SBN 254559
     aallyn@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   3161 Michelson Drive
4    Irvine, CA  92612-4412
     Telephone:  949.451.3800 | Facsimile:  949.451.4220
5
   JASON C. SCHWARTZ (admitted *pro hac vice*)
6    jschwartz@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
7  1050 Connecticut Avenue, N.W.
     Washington, DC  20036-5306
8    Telephone:  202.955.8500 | Facsimile:  202.467.0539

9  KATHERINE V.A. SMITH, SBN 247866
     ksmith@gibsondunn.com
10 HELEN AVUNJIAN, SBN 300284
     havunjian@gibsondunn.com
11 GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
12   Los Angeles, CA  90071-3197
     Telephone:  213.229.7000 | Facsimile:  213.229.7520
13
   Attorneys for Defendants GOLDEN STATE FC LLC
14 (now known as AMAZON.COM SERVICES LLC),
   AMAZON.COM, INC. and AMAZON FULFILLMENT
15 SERVICES, INC. (now known as AMAZON.COM
   SERVICES LLC)
16
   [Additional Counsel Continued on Next Page]
17

18                 UNITED STATES DISTRICT COURT

19                 EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 20 JUAN TREVINO, CHRISTOPHER WARD, LINDA QUINTEROS, ROMEO PALMA, BRITTANY HAGMAN, ALBERTO GIANINI, and JUAN C. AVALOS, on behalf of themselves and all others similarly situated, | Lead Case No. 1:18-cv-00120-DAD-BAM<br>Member Case No: 1:18-cv-00121-DAD-BAM<br>Member Case No: 1:18-cv-00567-DAD-BAM<br>Member Case No: 1:18-cv-01176-DAD-BAM<br>Member Case No: 1:17-cv-01300-DAD-BAM |
| Plaintiffs, | |
| v. | **SECOND JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' TIME TO FILE MOTION TO RETAIN CONFIDENTIALITY OF DESIGNATED DOCUMENTS** |
| GOLDEN STATE FC LLC, a Delaware Limited Liability Company; AMAZON.COM INC., a Delaware Corporation, AMAZON FULFILLMENT CENTERS, INC. a Delaware Corporation, and Does 1 through 10, inclusive, | |
| Defendants. | |

Gibson, Dunn & Crutcher LLP

SECOND JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' TIME TO FILE MOTION
TO RETAIN CONFIDENTIALITY OF DESIGNATED DOCUMENTS - CASE NO. 1:18-CV-00120-DAD-BAM

1

Peter R. Dion Kindem (SBN 95267)
The Dion-Kindem Law Firm

2

Peter R. Dion-Kindem, P.C.
2945 Townsgate Road, Suite 200

3

Westlake Village, CA 91361
Telephone:   (818) 883-4900

4

Facsimile:    (858) 404-9203
peter@dion-kindemlaw.com

5

6

Lonnie C. Blanchard, III (SBN 93530)
The Blanchard Law Group, APC

7

3578 East Foothill Boulevard, Suite 338
Pasadena, CA 91107

8

Telephone:   (213) 599-8255
Facsimile:    (213) 402-3949

9

lonnieblanchard@gmail.com

10

*Attorneys for Plaintiff Juan Trevino*

11

David Yeremian (SBN 226337)
Alvin B. Lindsay (SBN 220236)

12

David Yeremian & Associates, Inc.
535 North Brand Boulevard, Suite 705

13

Glendale, CA 91203-1989
Telephone:   (818) 230-8380

14

Facsimile:    (818) 230-0308
david@yeremianlaw.com

15

alvin@yeremianlaw.com

16

*Attorneys for Plaintiffs Christopher Ward and Linda*
*Quinteros*

17

18

James Hawkins (SBN 192925)
Isandra Fernandez (SBN 220482)

19

James Hawkins APLC
9880 Research Drive, Suite 200

20

Irvine, CA 92618
Telephone:   (949) 387-7200

21

Facsimile:    (949) 387-6676
james@jameshawkinsaplc.com

22

*Attorneys for Plaintiff Juan C. Avalos*

23

24

Joshua H. Haffner (SBN 188652)
Graham G. Lambert (SBN 303056)
Haffner Law PC

25

445 South Figueroa Street, Suite 2325
Los Angeles, CA 90071

26

Telephone:   (213) 514-5681
Facsimile:    (213) 514-5682

27

jhh@haffnerlawyers.com
gl@haffnerlawyers.com

28

*Attorneys for Plaintiff Romeo Palma*

2

SECOND JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' TIME TO FILE MOTION
TO RETAIN CONFIDENTIALITY OF DESIGNATED DOCUMENTS -CASE NO. 1:18-CV-00120-DAD-BAM

1  Shawn C. Westrick (SBN 235313)
   The Westrick Law Firm, P.C.
2  11075 Santa Monica Boulevard, Suite 125
   Los Angeles, CA 90025
3  Telephone:   (310) 746-5303
   Facsimile:    (310) 943-3373
4  swestrick@westricklawfirm.com

5  *Attorneys for Plaintiff Alberto Gianini*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

SECOND JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' TIME TO FILE MOTION
TO RETAIN CONFIDENTIALITY OF DESIGNATED DOCUMENTS -CASE NO. 1:18-CV-00120-DAD-BAM

1    Pursuant to Rule 143 of the Local Rules of the United States District Court for the Eastern

2    District of California, Golden State FC LLC, Amazon.Com Inc., and Amazon Fulfillment Centers,

3    Inc. (collectively, "Defendants") and Plaintiffs Juan Trevino, Christopher Ward, Linda Quinteros,

4    Romeo Palma, Alberto Gianini, and Juan C. Avalos (collectively, the "Parties"), by and through their

5    respective attorneys, stipulate as follows:

6    WHEREAS, on November 23, 2019, the Plaintiffs informed Defendants they were

7    challenging the confidentiality designation of a number of documents Defendants produced in this

8    case pursuant to Paragraph 6 of the Stipulated Protective Order (Dkt. 89);

9    WHEREAS, the Stipulated Protective Order in this case requires the Parties to meet and

10   confer in order to "attempt to resolve each challenge in good faith" and further requires that "[i]f the

11   Parties cannot resolve a challenge without court intervention," that the Designating Party file "a

12   motion to retain confidentiality" of the disputed documents to avoid waiver of the confidentiality

13   designation (Dkt. 89);

14   WHEREAS, on December 6, 2019, the Parties participated in a telephonic informal

15   conference regarding Defendants' Request to Seal (Dkt. 95) certain documents Plaintiffs filed in

16   support of their Motion for Class Certification (Dkt. 96, 98);

17   WHEREAS, following the informal conference on December 6, 2019, the Parties met and

18   conferred regarding the confidentiality designations of the additional documents that were the subject

19   of Plaintiffs' November 23, 2019 challenge;

20   WHEREAS, on December 9, 2019 the Court issued an order granting Defendants' Request to

21   Seal certain documents and issued an order extending the deadline for any Motion to Retain the

22   Confidentiality of Designated Documents until January 27, 2020 (Dkt. 108);

23   WHEREAS, on January 22, 2020, Defendants contacted Plaintiffs requesting additional time

24   to meet and confer regarding the confidentiality designations to avoid additional motion practice;

25   WHEREAS, the Parties agreed to propose an extension to Defendants' time to file any

26   Motion to Retain the Confidentiality of Designated Documents;

27   WHEREAS, Defendants' new deadline to file any Motion to Retain the Confidentiality of

28   Designated Documents was February 7, 2020;

Gibson, Dunn &
Crutcher LLP

4

SECOND JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' TIME TO FILE MOTION
TO RETAIN CONFIDENTIALITY OF DESIGNATED DOCUMENTS -CASE NO. 1:18-CV-00120-DAD-BAM

1  WHEREAS, the Parties continue to meet and confer regarding the confidentiality

2  designations to avoid additional motion practice;

3  WHEREAS, the Parties have agreed to an additional extension to Defendants' time to file any

4  Motion to Retain the Confidentiality of Designated Documents;

5  WHEREAS, Defendants' new deadline to file any Motion to Retain the Confidentiality of

6  Designated Documents is February 19, 2020;

7  THEREFORE, IT IS STIPULATED AND AGREED THAT good cause exists to extend

8  Defendants' deadline to file any Motion to Retain the Confidentiality of Designated Documents.

9

10  Dated: February 3, 2020

11  Michele L. Maryott
    Jason C. Schwartz
12  Katherine V.A. Smith
    Helen Avunjian
13  GIBSON, DUNN & CRUTCHER LLP

14
    By:  /s/ Katherine V.A. Smith
15

16  Defendants GOLDEN STATE FC LLC, AMAZON.COM
    INC., and AMAZON FULFILLMENT CENTERS, INC.

17  Dated: February 3, 2020

18  Peter R. Dion-Kindem
    THE DION-KINDEM LAW FIRM
19

20  By:  /s/ Peter R. Dion-Kindem as authorized on

21

22  Lonnie C. Blanchard, III
    THE BLANCHARD LAW GROUP, APC
23

    By:  /s/ Lonnie C. Blanchard, III as authorized on
24
    Attorneys for Plaintiff JUAN TREVINO
25

26

27

28

Gibson, Dunn &
Crutcher LLP

5

SECOND JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' TIME TO FILE MOTION
TO RETAIN CONFIDENTIALITY OF DESIGNATED DOCUMENTS -CASE NO. 1:18-CV-00120-DAD-BAM

Dated: February 3, 2020

            David Yeremian
            Alvin B. Lindsay
            DAVID YEREMIAN & ASSOCIATES, INC.

            By:   */s/ Alvin B. Lindsay as authorized on*

            Attorneys for Plaintiffs CHRISTOPHER WARD and LINDA QUINTEROS

Dated: February 3, 2020

            James Hawkins
            Isandra Fernandez
            JAMES HAWKINS APLC

            By:   */s/ Isandra Fernandez as authorized on*

            Attorneys for Plaintiff JUAN C. AVALOS

Dated: February 3, 2020

            Joshua H. Haffner
            Graham G. Lambert
            HAFFNER LAW PC

            By:   */s/ Joshua H. Haffner as authorized on*

            Attorneys for Plaintiff ROMEO PALMA

Dated: February 3, 2020

            Shawn C. Westrick
            THE WESTRICK LAW FIRM, P.C.

            By:   */s/ Shawn C. Westrick as authorized on*

            Attorneys for Plaintiff ALBERTO GIANINI

Gibson, Dunn & Crutcher LLP

SECOND JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' TIME TO FILE MOTION TO RETAIN CONFIDENTIALITY OF DESIGNATED DOCUMENTS -CASE NO. 1:18-CV-00120-DAD-BAM

1

2                                            **<u>ORDER</u>**

3          Having considered the parties' Second Joint Stipulation to Extend Defendants' Time To File

4   A Motion to Retain Confidentiality of Designated Documents, the Court finds good cause appearing

5   and HEREBY ORDERS that:

6          (a) The Second Joint Stipulation is GRANTED; and

7          (b) The February 7, 2020 Deadline to File any Motion to Retain the Confidentiality of

8          Designated Documents is extended to February 19, 2020.

9

10  **IT IS SO ORDERED**.

11

12

      Dated: _____

13                                                    _____
                                                       Judge Barbara A. McAuliffe
14                                                     United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

SECOND JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' TIME TO FILE MOTION
TO RETAIN CONFIDENTIALITY OF DESIGNATED DOCUMENTS -CASE NO. 1:18-CV-00120-DAD-BAM