| | |
|---|---|
| 1 | PETER R. DION-KINDEM (SBN 95267) |
| 2 | THE DION-KINDEM LAW FIRM |
|   | PETER R. DION-KINDEM, P. C. |
| 3 | 2945 Townsgate Road, Suite 200 |
|   | Westlake Village, CA 91361 |
| 4 | Telephone:   (818) 883-4900 |
| 5 | Email:           peter@dion-kindemlaw.com |

LONNIE C. BLANCHARD, III (SBN 93530)
THE BLANCHARD LAW GROUP, APC
5211 East Washington Boulevard, No. 2262
Commerce, CA 90040
Telephone:   (213) 599-8255
Fax:              (213) 402-3949
Email:           lonnieblanchard@gmail.com

Attorneys for Plaintiff Juan Trevino

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan Trevino, Christopher Ward, Linda Quinteros, Romeo Palma, Brittany Hagman, Alberto Gianini, and Juan C. Avalos, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDEN STATE FC LLC, a Delaware Limited Liability Company; AMAZON.COM INC., a Delaware Corporation, AMAZON FULFILLMENT SERVICES, INC. a Delaware Corporation, and Does 1 through 10, inclusive,<br><br>Defendants. | **LEAD CASE NO. 1:18-cv-00120-DAD-BAM**<br>Member Case No: 1:18-cv-00121-DAD-BAM<br>Member Case No: 1:18-cv-00567-DAD-BAM<br>Member Case No: 1:18-cv-01176-DAD-BAM<br>Member Case No: 1:17-cv-01300-DAD-BAM<br>**CLASS ACTION**<br><br>**Notice of Change of Address** |

Please take notice that, effective immediately, the address of plaintiff's Counsel, Lonnie C. Blanchard, III, will be as follows:

LONNIE C. BLANCHARD, III (SBN 93530)
THE BLANCHARD LAW GROUP, APC
5211 East Washington Boulevard, No. 2262
Commerce, CA 90040
Telephone:   (213) 599-8255

**Notice of Change of Address**

1

| | |
|---|---|
| Fax: | (213) 402-3949 |
| Email: | lonnieblanchard@gmail.com |

Dated: April 9, 2020                              THE BLANCHARD LAW GROUP, APC

                                                  s/ Lonnie C. Blanchard III
                                                  Lonnie C. Blanchard III, Esq.