UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN TREVINO, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>GOLDEN STATE FC LLC, et al.,<br><br>  Defendants. | Lead Case No.: 1:18-cv-00120-DAD-BAM (*Trevino*)<br><br>Member Case Nos.:<br><br>1.  1:18-cv-00121-DAD-BAM (*Palma*)<br>2.  1:18-cv-00567-DAD-BAM (*Avalos*)<br>3.  1:18-cv-01176-DAD-BAM (*Hagman*)<br>4.  1:17-cv-01300-DAD-BAM (*Ward*)<br><br>ORDER STAYING THIS ACTION |

On August 9, 2021, plaintiffs filed a notice of supplemental authority informing the court that on August 3, 2021, the Ninth Circuit vacated the three-judge panel decision in *Olean Wholesale Grocery Cooperative, Inc. v. Bumble Bee Foods LLC* (No. 19-56514), and ordered that the case be reheard *en banc*. (Doc. No. 171) (citing *Olean Wholesale Grocery Cooperative, Inc. v. Bumble Bee Foods LLC*, 993 F.3d 774 (9th Cir. 2021)). Plaintiffs contend that the now vacated decision in *Olean* was relied on extensively in the pending findings and recommendations regarding plaintiffs' motion for class certification. (Doc. No. 171 at 2.) Plaintiffs did not request

a stay of this action pending the resolution of the Ninth Circuit's *en banc* rehearing of *Olean*, but they urged the undersigned to decline to adopt the pending findings and recommendations.

On August 23, 2021, defendants filed a response to plaintiffs' notice of supplemental authority in which they contend that the reasoning and analysis in the pending findings and recommendations remain correct even without reliance on the *Olean* decision. (Doc. No. 172 at 2.) Defendants likewise do not request a stay of this action pending the outcome of the *en banc* hearing in *Olean*, but rather urge the court adopt the pending findings and recommendations.

Nevertheless, the court has considered the parties arguments and concludes that it would be prudent to stay this case pending the final decision from the Ninth Circuit in *Olean*. Accordingly, the parties are directed to file a joint status report within 14 days of the Ninth Circuit's issuance of a decision in *Olean Wholesale Grocery Cooperative, Inc. v. Bumble Bee Foods LLC* (No. 19-56514) following its *en banc* rehearing. In the joint status report, the parties shall state their respective positions as to whether the court should order supplemental briefing to address the impact, if any, of the Ninth Circuit's *en banc* decision in *Olean* on the pending findings and recommendations.

IT IS SO ORDERED.

Dated:   **August 26, 2021**                    _Dale A. Drozd_
                                                UNITED STATES DISTRICT JUDGE