1   MICHELE L. MARYOTT, SBN 191993
      mmaryott@gibsondunn.com
2   MEGAN COONEY, SBN 295174
      mcooney@gibsondunn.com
3   KATIE M. MAGALLANES, SBN 300277
      kmagallanes@gibsondunn.com
4   GIBSON, DUNN & CRUTCHER LLP
    3161 Michelson Drive
5   Irvine, CA  92612-4412
    Telephone:  949.451.3800
6   Facsimile:  949.451.4220

7   JASON C. SCHWARTZ (admitted *pro hac vice*)
      jschwartz@gibsondunn.com
8   GIBSON, DUNN & CRUTCHER LLP
    1050 Connecticut Avenue, N.W.
9   Washington, DC  20036-5306
    Telephone:  202.955.8500
10  Facsimile:  202.467.0539

KARL G. NELSON (admitted *pro hac vice*)
  knelson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX  75201-2923
Telephone:  214.698.3100
Facsimile:  214.571.2900

KATHERINE V.A. SMITH, SBN 247866
  ksmith@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
  bhamburger@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520

11  Attorneys for Defendants GOLDEN STATE FC
12  LLC (now known as AMAZON.COM SERVICES
    LLC), AMAZON.COM, INC., and AMAZON
13  FULFILLMENT SERVICES, INC. (now known as
    AMAZON.COM SERVICES LLC)

14

15                  UNITED STATES DISTRICT COURT

16         EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

17

18  JUAN TREVINO, CHRISTOPHER WARD,
    LINDA QUINTEROS, ROMEO PALMA,
19  BRITTANY HAGMAN, ALBERTO
    GIANINI, and JUAN C. AVALOS, on behalf
20  of themselves and all others similarly situated,

21                 Plaintiffs,

22         v.

23  GOLDEN STATE FC LLC, a Delaware
    Limited Liability Company; AMAZON.COM
24  INC., a Delaware Corporation, AMAZON
    FULFILLMENT CENTERS, INC. a Delaware
25  Corporation, and Does 1 through 10, inclusive,

26                 Defendants.

27

28

**LEAD CASE 1:18-cv-00120-KES (BAM)**
Member Case No: 1:18-cv-00121-KES-BAM
Member Case No: 1:18-cv-00567-KES-BAM
Member Case No: 1:18-cv-01176-KES-BAM
Member Case No: 1:17-cv-01300-KES-BAM

**DEFENDANTS' STATUS REPORT
REGARDING MDL CLASS ACTION
SETTLEMENT**

Pursuant to the Court's order regarding informal discovery dispute, issued on December 2, 2024, Defendants Golden State FC LLC (now known as Amazon.com Services, Inc.), Amazon.com Inc., and Amazon Fulfillment Services, Inc. (now known as Amazon.com Services, Inc.) (collectively, "Defendants") by and through their respective counsel of record, hereby submit this status report providing an update on the final approval hearing and status of the Kentucky action:  *In re: Amazon.com, Inc. Fulfillment Center Fair Labor Standards Act (FLSA) and Wage and Hour Litigation*, MDL Case No. 3:14-md-2504 (W.D. Ky.) ("MDL Class Action").

On April 18, 2024, the Honorable David J. Hale issued a memorandum and order, granting preliminary approval of the parties' proposed settlement in the MDL Class Action.  A final approval hearing was set for August 16, 2024, and reset on August 1, 2024 for September 13, 2024.  On September 13, 2024, Judge Hale heard oral argument on final approval of the MDL Class Action settlement.  During oral argument, Judge Hale indicated that he was likely to grant final approval of settlement.  A copy of Judge Hale's memorandum of hearing is attached as Exhibit 1.

As of the date of this status report, final approval of the MDL Class Action settlement is still pending.  Once an order regarding final approval is issued, Defendants will update this Court within ten days of its issuance.

Dated: December 18, 2024

GIBSON, DUNN & CRUTCHER LLP

By:   */s/ Katherine V.A. Smith*
                    Katherine V.A. Smith

Attorneys for Defendants
GOLDEN STATE FC LLC (now known as AMAZON.COM SERVICES, INC.), AMAZON.COM, INC., and AMAZON FULFILLMENT SERVICES, INC. (now known as AMAZON.COM SERVICES, INC.)