| | |
|---|---|
| MICHELE L. MARYOTT, SBN 191993<br>  mmaryott@gibsondunn.com<br>MEGAN COONEY, SBN 295174<br>  mcooney@gibsondunn.com<br>KATIE M. MAGALLANES, SBN 300277<br>  kmagallanes@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>3161 Michelson Drive<br>Irvine, CA  92612-4412<br>Telephone:  949.451.3800<br>Facsimile:  949.451.4220<br><br>JASON C. SCHWARTZ (admitted *pro hac vice*)<br>  jschwartz@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  20036-5306<br>Telephone:  202.955.8500<br>Facsimile:  202.467.0539 | KARL G. NELSON (admitted *pro hac vice*)<br>  knelson@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX  75201-2923<br>Telephone:  214.698.3100<br>Facsimile:  214.571.2900<br><br>KATHERINE V.A. SMITH, SBN 247866<br>  ksmith@gibsondunn.com<br>BRADLEY J. HAMBURGER, SBN 266916<br>  bhamburger@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone:  213.229.7000<br>Facsimile:  213.229.7520 |

Attorneys for Defendants GOLDEN STATE FC LLC (now known as AMAZON.COM SERVICES LLC), AMAZON.COM, INC., and AMAZON FULFILLMENT SERVICES, INC. (now known as AMAZON.COM SERVICES LLC)

[Additional Counsel Continued on Next Page]

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| JUAN TREVINO, CHRISTOPHER WARD, LINDA QUINTEROS, ROMEO PALMA, BRITTANY HAGMAN, ALBERTO GIANINI, and JUAN C. AVALOS, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>  v.<br><br>GOLDEN STATE FC LLC, a Delaware Limited Liability Company; AMAZON.COM INC., a Delaware Corporation, AMAZON FULFILLMENT CENTERS, INC. a Delaware Corporation, and Does 1 through 10, inclusive,<br><br>            Defendants. | **LEAD CASE 1:18-cv-00120-KES (BAM)**<br>Member Case No: 1:18-cv-00121-KES-BAM<br>Member Case No: 1:18-cv-00567-KES-BAM<br>Member Case No: 1:18-cv-01176-KES-BAM<br>Member Case No: 1:17-cv-01300-KES-BAM<br><br>**JOINT STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING COMPLETION OF MEDIATION** |

Pursuant to Rule 143 of the Local Rules of the United States District Court for the Eastern District of California, Golden State FC LLC, Amazon.Com Inc., and Amazon Fulfillment Centers, Inc. (collectively, "Amazon") and Plaintiffs Juan Trevino, Christopher Ward, Linda Quinteros, Romeo Palma, Alberto Gianini, and Juan C. Avalos, hereby stipulate and agree, by and through their counsel of record, as follows:

WHEREAS, the parties are awaiting an order on the pending Amended Findings and Recommendations Regarding Plaintiffs' Motion for Class Certification (ECF No. 205);

WHEREAS, Amazon provided certain supplemental discovery as ordered by the Court (*see* ECF No. 229);

WHEREAS, the parties have met and conferred and agreed to mediate this case with experienced class action mediator Tripper Ortman, with a mediation to be scheduled in March or April of 2026;

WHEREAS, to give the parties sufficient time to prepare for and participate in mediation, the parties have agreed to stay the action, including all deadlines until at least two weeks following mediation;

WHEREAS, the parties further respectfully request, in the interest of maintaining the status quo as the parties prepare for mediation, that the Court hold in abeyance any order on the currently pending Amended Findings and Recommendations Regarding Plaintiffs' Motion for Class Certification (ECF No. 205);

WHEREAS, the parties further agree to file a status report confirming the formal date of mediation once scheduled and will, within fourteen days following the completion of mediation, file a joint report advising the Court on the status of the case, including the outcome of the mediation and whether the parties intend to seek approval of a class action settlement.

NOW, THEREFORE, and subject to this Court's approval, the parties hereby stipulate and agree, through their counsel, that this case, including any pending orders or decisions concerning Plaintiffs' Motion for Class Certification (ECF No. 96), be stayed pending completion of mediation.

| | |
|---|---|
| Dated: August 11, 2025 | GIBSON, DUNN & CRUTCHER LLP<br>JASON C. SCHWARTZ<br>MICHELE L. MARYOTT<br>KATHERINE V.A. SMITH<br>MEGAN COONEY<br>KATIE MAGALLANES<br><br>By:   */s/ Katie Magallanes*<br>         Katie Magallanes<br><br>Attorneys for Defendants<br>GOLDEN STATE FC LLC (now known as AMAZON.COM SERVICES, INC.), AMAZON.COM, INC. and AMAZON FULFILLMENT SERVICES, INC. (now known as AMAZON.COM SERVICES, INC.) |
| Dated: August 11, 2025 | THE BLANCHARD LAW GROUP, APC<br>LONNIE C. BLANCHARD III<br><br>DAVID YEREMIAN & ASSOCIATES, INC.<br>DAVID YEREMIAN<br>ALVIN B. LINDSAY<br><br>JAMES HAWKINS APLC.<br>JAMES HAWKINS<br>ISANDRA FERNANDEZ<br>LANCE DACRE<br><br>HAFFNER LAW PC<br>JOSHUA H. HAFFNER<br><br>MARLIN & SALTZMAN, LLP<br>CODY KENNEDY<br><br>BRADLEY GROMBACHER, LLP<br>MARCUS BRADLEY<br>KILEY GROMBACHER<br>COREY SCOTT SMITH<br><br>By: *Isandra Y. Fernandez (as authorized on 08.11.2025)*<br>       Isandra Y. Fernandez<br><br>Attorneys for Plaintiffs JUAN TREVINO, CHRISTOPHER WARD, LINDA QUINTEROS, ROMEO PALMA, AND JUAN C. AVALOS AND ALBERT GIANNINI |

## **ORDER**

Based upon the parties' consent to the stay, and in the interest of justice, the Court finds that a stay as requested is warranted and no prejudice will result. Accordingly, IT IS HEREBY ORDERED that all proceedings in this action are stayed pending completion of the mediation, which shall occur no later than April 30, 2026. The Court further agrees that good cause exists to maintain the status quo while the parties seek resolution, and accordingly, agrees to hold in abeyance any final order on Plaintiffs' Motion for Class Certification (ECF No. 96), while the parties prepare for mediation. The Court further orders that the parties file a joint report confirming the formal date of mediation once scheduled and that, within fourteen days following completion of mediation, the parties file a joint report advising the Court on the status of the case, including the result of the mediation and how the parties suggest the case should proceed.

IT IS SO ORDERED.

Dated: August 13, 2025

UNITED STATES DISTRICT JUDGE